Hart L. Robinovitch (AZ SBN 020910)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
Email: hart.robinovitch@zimmreed.com

David S. Almeida (*Admitted pro hac vice*)
Elena A. Belov (*Admitted pro hac vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (312) 576-3024
david@almeidalawgroup.com
elena@almeidalawgroup.com

*Attorneys for Plaintiffs & the Classes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Montana Strong and Debra Yick, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> LifeStance Health Group, Inc. d/b/a LifeStance, a Delaware corporation, <br><br> Defendant. | Case No. 2:23-cv-00682-MTL <br><br> *Assigned to the Honorable Michael T. Liburdi* <br><br> **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN CONNECTION WITH THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiffs Montana Strong and Debra Yick, individually and on behalf of all others similarly situated, by and through their attorneys, respectfully submit supplemental authority in support of Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss Plaintiffs' Class Action Complaint, which was filed on July 30, 2023.

1. On September 7, 2023, in *Doe v. Meta Platforms, Inc.*, No. 22-cv-03580-WHO, 2023 WL 5837443, in the District Court for the Northern District of California (attached as Exhibit 1) the defendant challenged whether the Facebook Pixel constitutes a device under California Invasion of Privacy Act ("CIPA") because it is a piece of software. Judge William J. Orrick rejected the challenge and held that "the Pixel software is a device . . . .", denying defendant's motion to dismiss the CIPA claim. Ex. 1 at 10-11. The court also found that whether Meta Platforms, Inc. intends to collect sensitive health information from third parties such as Defendant, and whether its tools and filters for preventing receipt of sensitive health information are not effective and/or not fully implemented, are disputed questions of fact not appropriate for a motion to dismiss. Ex. 1 at 4.

2. On August 25, 2023, in *Stake v. Knox*, Case No. 23OT01-0026, in the Court of Common Pleas, Knox County, Ohio (attached as Exhibit 2) the trial court denied Knox Community Hospital's motion to dismiss Plaintiffs' privacy claims in an identical Pixel case, holding that Plaintiffs' allegations that "they used Defendant's website to obtain medical services, and transmitted to Defendant via its website details related to their medical conditions, including but not limited to their treating physicians, searches for various kind of doctors, and information related to their ongoing treatment" were sufficient to confer standing to bring their privacy claims against the hospital for unauthorized disclosures of the personal health information. Ex. 2 at 3-4.

3. On August 7, 2023, in *Brown v. Google LLC*, 4:20-cv-3664-YGR (N.D. Cal. Aug. 7, 2023) (attached as Exhibit 3), the court denied Google's motion for summary judgement as to each of the plaintiffs' claims and, in doing so, provided a detailed analysis of Article III standing in cases such as this one where the claims arise out of privacy violations. Ex. 3 at 9-12 (holding that "because plaintiffs alleged that the defendant had collected their data without

consent," they sufficiently alleged "the concrete privacy interests that statutes like the Wiretap Act and CIPA protect, regardless of how the collected data was later used.") (internal quotations omitted).

4. On July 26, 2023, in *Doe v. Meritas Health*, Case No. 22CY-CV11296, in the Circuit Court for Clay County, Missouri (attached as Exhibit 4) the trial court denied the entirety of the defendant healthcare provider's motion to dismiss in an identical Pixel case, holding that "the Court hereby finds Plaintiff's argument [against dismissal] to be well taken." Ex. 4 at 1.

5. For the reasons stated above, Plaintiffs respectfully submit this Notice of Supplemental Authority, along with Exhibits 1-4.

Respectfully submitted,

Dated: September 27, 2023

**ZIMMERMAN REED LLP**

By: *s/ Hart L. Robinovitch*
Hart L. Robinovitch
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
Email: hart.robinovitch@zimmreed.com

**ALMEIDA LAW GROUP LLC**
David S. Almeida*
Elena A. Belov*
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (312) 576-3024
david@almeidalawgroup.com
elena@almeidalawgroup.com

* *Pro hac vice* granted

*Attorneys for Plaintiffs & the Classes*