# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Montana Strong, et al., | No. CV-23-00682-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| LifeStance Health Group Incorporated, | |
| Defendant. | |

**IT IS ORDERED** setting an in-person Oral Argument on Defendant's Motion to Dismiss Plaintiffs' Complaint with Prejudice (Doc. 14) for December 19, 2023, at 10:00am (Arizona time) in Courtroom 504, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003 before Judge Michael T. Liburdi. One hour shall be allocated for the entire Oral Argument.

Dated this 13th day of October, 2023.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge