Hart L. Robinovitch (AZ SBN 020910)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
Email: hart.robinovitch@zimmreed.com

David S. Almeida (*Admitted pro hac vice*)
Elena A. Belov (*Admitted pro hac vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (312) 576-3024
david@almeidalawgroup.com
elena@almeidalawgroup.com

*Attorneys for Plaintiffs & the Classes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Montana Strong and Debra Yick, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>LifeStance Health Group, Inc. d/b/a LifeStance, a Delaware corporation,<br><br>Defendant. | Case No. 2:23-cv-00682-MTL<br><br>*Assigned to the Honorable Michael T. Liburdi*<br><br>**PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

|   |   |
|---|---|
| 1 | Plaintiffs Montana Strong and Debra Yick, individually and on behalf of all others similarly situated, by and through their attorneys, respectfully submit this Notice of Supplemental Authority in support of their opposition to Defendant's pending Motion to Dismiss, *see* ECF No. 16. Plaintiffs submit this notice to bring to this Court's attention *Cousin v. Sharp Healthcare*, No. 22-CV-2040-MMA-DDL (S.D. Cal. Nov. 17, 2023) granting in part and denying in part defendant Sharp Healthcare's Motion to Dismiss ("*Sharp* Order"). Sharp is a similar case challenging the defendant healthcare provider's utilization of a third-party's online tracking tool, Meta Pixel, to collect patients' sensitive health information. The *Sharp* Order is attached as Exhibit A. |

*Sharp* is relevant because the court there denied motions to dismiss claims for invasion of privacy/intrusion upon seclusion, the California Invasion of Privacy Act, Cal. Pen. Code §631 *et. seq.*, and the California Confidentiality of Medical Information Act, California Civil Code §§ 56, *et. seq.* which are challenged in the motion to dismiss in this case on similar grounds.

Further, in *Sharp*, the "[p]laintiffs alleged that [d]efendant utilize[d] an online tracking tool, Meta Pixel, on its website sharp.com and related 'subpages' to surreptitiously collect their, and other patients', sensitive health information. *Id.* at *1. "The website and subpages were defined as 'unauthenticated' because they do not require a patient or user to log in to access the websites." *Id.* The *Sharp* court found that plaintiffs "interactions on [d]efendant's website, while 'unauthenticated' or publicly facing, plausibly involve PHI." *Id.*

Plaintiff Sharp alleged she used defendant's public facing website "to search for a primary care physician" and plaintiffs Camus and Barbat both searched "medical conditions" and doctors that specialize in those conditions. *Id.* at *2. For all claims, *Sharp* held plaintiffs' "interactions [on the public facing website] plausibly convey[ed] information about a present medical condition and the provision of medical care covered by HIPAA." *Id.*

Respectfully submitted,

Dated: December 1, 2023   **ZIMMERMAN REED LLP**

By: *s/ Hart L. Robinovitch*
Hart L. Robinovitch
14648 N. Scottsdale Road, Suite 130

Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
Email: hart.robinovitch@zimmreed.com

**ALMEIDA LAW GROUP LLC**
David S. Almeida*
Elena A. Belov*
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (312) 576-3024
david@almeidalawgroup.com
elena@almeidalawgroup.com

* *Pro hac vice* granted

*Attorneys for Plaintiffs & the Classes*