Jennifer Hadley Catero (#018380)
Patrick A. Tighe (#033885)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jcatero@swlaw.com
        ptighe@swlaw.com

Edward R. McNicholas (Admitted *pro hac vice*)
Frances Faircloth (Admitted *pro hac vice*)
Christopher M. Nienhaus (Admitted *pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202.508.4600
E-Mail: edward.mcnicholas@ropesgray.com
        fran.faircloth@ropesgray.com
        christopher.nienhaus@ropesgray.com

Andrew J. O'Connor (Admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: 617.951.7000
E-Mail: andrew.oconnor@ropesgray.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Montana Strong and Debra Yick, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LifeStance Health Group, Inc. d/b/a LifeStance, a Delaware corporation,<br><br>Defendant. | No. 2:23-cv-00682-MTL<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(First Request) |

1    Pursuant to Local Rules 6.1 and 7.3 of the United States District Court for the District of Arizona, Plaintiffs Montana Strong and Debra Yick and Defendant LifeStance Health Group, Inc. d/b/a LifeStance ("LifeStance") stipulate and request that LifeStance may have an extension of time of twenty-one (21) days from February 2, 2024, through and including February 23, 2024, to respond to the First Amended Complaint filed by Plaintiffs in the above-captioned case. LifeStance's current response deadline is February 2, 2024. The new allegations in Plaintiffs' First Amended Complaint require additional time to sufficiently investigate and prepare an appropriate response. This is LifeStance's first request for an extension to respond to the First Amended Complaint. Counsel for the parties met and conferred on this issue and have agreed to this proposed extension of time to respond to the First Amended Complaint. A proposed Order is included with this stipulation.

1 | DATED this 30th day of January, 2024.

SNELL & WILMER L.L.P.

By: */s/ Patrick A. Tighe*
Jennifer Hadley Catero
Patrick A. Tighe
One East Washington Street
Suite 2700
Phoenix, Arizona  85004-2556

and

Edward R. McNicholas
Frances Faircloth
Christopher M. Nienhaus
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington, DC 20006

Andrew J. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199

*Attorneys for Defendant LifeStance Health Group, Inc d/b/a LifeStance*

ZIMMERMAN REED LLP

By: */s/ David S. Almeida (with permission)*
Hart L. Robinovitch
Ryan J. Ellersick
14646 N Kierland Blvd., Ste. 145
Scottsdale, AZ 85254

and

David S. Almeida
Elena A. Belov
ALMEIDA LAW GROUP LLC
849 W. Webster Ave.
Chicago, IL 60614

*Attorneys for Plaintiffs & the Putative Classes*