Hart L. Robinovitch (AZ SBN 020910)
Ryan J. Ellersick (AZ SBN 038805)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ  85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
hart.robinovitch@zimmreed.com
ryan.ellersick@zimmreed.com

David S. Almeida (*pro hac vice*)
Elena A. Belov (*pro hac vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (312) 576-3024
david@almeidalawgroup.com
elena@almeidalawgroup.com

*Attorneys for Plaintiffs & the Classes*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Montana Strong and Debra Yik, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LifeStance Health Group, Inc. d/b/a Lifestance, a Delaware corporation,<br><br>Defendant. | Case No.: 2:23-cv-00682-MTL<br><br>**STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.3, Plaintiffs respectfully submit this Stipulation to Extend Plaintiffs' Deadline to File Response to Defendant's Motion to Dismiss (First Request) for 14 days. This Stipulation is based on the following:

1. On February 23, 2024, Defendant filed a Motion to Dismiss Plaintiffs' First Amended Complaint with Prejudice. (Doc. 41).

2. Pursuant to Local Rule 7.2(c), Plaintiffs have 14 days from service of Defendant's motion to file a responsive memorandum, "unless otherwise ordered by the Court." Plaintiffs' current deadline to submit a response is March 8, 2024.

3. On February 26, 2024, counsel for Defendant agreed to a 14-day extension of Plaintiffs' current response deadline, for a new deadline of March 22, 2024.

4. Good cause exists to grant the extension of time as the parties agree an extension is appropriate and this Stipulation is being submitted well in advance of the current March 8, 2024, deadline.

5. This is Plaintiffs' first request for an extension of time with respect to its deadline for filing a response to Defendant's Motion to Dismiss.

6. No other deadlines have been set by the Court, so the extension will not impact any other case deadlines.

7. WHEREFORE, the Parties respectfully request an extension of 14 days for Plaintiffs to file the response brief, from March 8, 2024, to March 22, 2024.

Dated: March 4, 2024

                                                    Respectfully submitted,

| | |
|---|---|
| **ZIMMERMAN REED PLLP** | **SNELL & WILMER L.L.P.** |
| By: */s/ Hart Robinovitch*<br>Hart L. Robinovitch<br>Ryan J. Ellersick<br>14648 N. Scottsdale Road, Suite 130<br>Scottsdale, AZ 85254<br>Telephone: (480) 348-6415<br>hlr@zimmreed.com<br>ryan.ellersick@zimmreed.com | By: */s/ Jennifer Catero (with permission)*<br>Jennifer Hadley Catero<br>Patrick A. Tighe<br>One East Washington Street,<br>Suite 2700<br>Phoenix, AZ 85004-2556<br>Telephone: 602.382.6000<br>Facsimile: 602.382.6070<br>jcatero@swlaw.com<br>ptighe@swlaw.com<br><br>Edward R. McNicholas<br>Frances Faircloth<br>Christopher M. Nienhaus<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: 202.508.4600<br>edward.mcnicholas@ropesgray.com<br>Fran.faircloth@ropesgray.com<br>christopher.nienhaus@ropesgray.com<br><br>Andrew J. O'Connor<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>Telephone: 617.951.7000<br>andrew.oconnor@ropesgray.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |